# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1237**  September Term, 2023

AGRI-07/14/2022 Decision

Filed On: September 20, 2023 [2017940]

Center for Biological Diversity, et al.,

    Petitioners

    v.

United States Forest Service and United
States of America,

    Respondents

------------------------------

Seven County Infrastructure Coalition and
Uinta Basin Railway, LLC,
    Intervenors

## O R D E R

Upon consideration of the joint motion to govern future proceedings, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 30 days of the issuance of the mandate in No. 22-1019, et al., <u>Eagle County, Colorado v. Surface Transportation Board</u> (decided Aug. 18, 2023).

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
           Catherine J. Lavender
           Deputy Clerk